FILED
1/6/17 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-22025-GLT |
| Dale R. Mangold, | ) | Chapter 13 |
|     Debtor(s). | ) | |
| _____ | ) | |
| Dale R. Mangold, | ) | Doc. No. WO-1 |
|     Movant(s), | ) | |
| | ) | Related Dkt. No. 33 |
| v. | ) | |
| | ) | |
| Shaler Area School District, | ) | |
|     Respondent. | ) | |

## ORDER OF COURT

AND NOW, to-wit this ___6th___ day of _January_____, 2017, it is hereby ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a Chapter 13 petition order this Court, the entity from whom the Debtor receives income:

    Shaler Area School District
    Attn: Payroll
    1800 Mt. Royal Boulevard
    Pittsburgh, PA 15116

deduct from said income the sum of **$904.16 bi-weekly** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums on at least a monthly basis to:

    Ronda J. Winnecour
    Chapter 13 Trustee, W.D. PA
    P.O. Box 84051
    Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

IT IS FURTHER ORDERED that this order supercedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

FURTHER ORDERED:

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: 1/6/17

_____J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

cm: Matthew Herron, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dale R Mangold  
      Debtor

Case No. 16-22025-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jan 06, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db           +Dale R Mangold,    1383 Anderson Road,    Pittsburgh, PA 15209-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         John F. Goryl     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Mario J. Hanyon     on behalf of Creditor     Ditech Financial LLC F/K/A Green Tree Servicing LLC pawb@fedphe.com  
         Matthew M. Herron     on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;tmatiasic@yahoo.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                    TOTAL: 9