IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Dale R. Mangold )<br> )<br>    Debtor(s) )<br>_____)<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br> )<br>    Movant, )<br> )<br>    Vs. )<br>Bank of America, N.A. )<br>    Respondent(s) ) | Case No.: 16-22025GLT<br>Chapter 13 |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Objection with attached proposed Order of Court and Notice of hearing upon the following, by regular United States mail, postage prepaid:

Dale R. Mangold
1383 Anderson Road
Pittsburgh, PA  15209

Matthew M. Herron, Esquire
The Debt Doctors at Quatrini Rafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA  15222

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Bank of America
P. O. Box 31785
Tampa, FL  33631-3785

Brian T. Moynihan
Chief Executive Officer
Bank of America Corporate Office
100 N. Tryon Street
Charlotte, NC  28255

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

| | |
|---|---|
| <u>12-28-2017</u> | <u>S/ Amy T. Sabedra</u> |
| Date | Administrative Assistant<br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412) 471-5566<br>cmecf@chapter13trusteewdpa.com |