IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**FEB 15 2018**
**CLERK U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-22025-GLT |
| | : | Chapter: | 13 |
| Dale R Mangold | : | | |
| | : | | |
| | : | Date: | 2/14/2018 |
| Debtor(s). | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**  # 36 Objection to the Notice of Post-Petition Fees, Expenses and Charges of Bank of America filed by the ch.13 trustee
# 41 - Response filed by Bank of America

**APPEARANCES:**
Debtor:    Matthew M. Herron
Trustee:   Owen Katz
BOA:       James Warmbrodt

**NOTES:**

Katz: Requested fees are $1,325. No lodestar information has been provided to justify them.

Warmbrodt: Requested fees are flat. Does not believe they are unreasonable. Requests continunace of thirty days to file a proposed stipulation.

Herron: No objection.

**OUTCOME:**

1. On or before March 16, 2018, the parties shall submit any stipulation under a certification of counsel resolving the objection [Dkt. No. 36] (Text Order to issue.)

2. The hearing on the objection [Dkt. No. 36] is continued to March 28, 2018 at 10:30 a.m. (Text Order to issue.)

**DATED:** 2/14/2018