FILED
3/15/18 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Dale R. Mangold<br>              Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>              Movant<br>   vs.<br><br>Bank of America, N.A.<br>              Respondent | NO. 16-22025-GLT<br><br>CHAPTER 13<br><br>Related to Document Nos. 36, 44 |

**STIPULATION AND ORDER AS TO TRUSTEE'S OBJECTION TO NOTICE OF
POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, Bank of America, N.A., filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on January 3, 2017 listing fees and expenses totaling $1,325.00; and

WHEREAS, the Chapter 13 Trustee has filed an objection to Respondent's fees and charges; and

WHEREAS, Respondent has filed a Response to the Trustee's objection;

It is therefore Stipulated and agreed as follows:

1. Respondent's fees and charges shall be allowed in the amount of $662.50; the balance of fees and charges in the amount of $662.50 are disallowed.

2. Respondent shall provide to the Court and to the Trustee proof that Respondent's records have been adjusted to remove the disallowed portion of the fees and charges within thirty (30) days of the Court's approval of the within Stipulation, which proof shall include a

notarized affidavit by a corporate officer reflecting that the charges have been removed, as well as a full and comprehensible loan history from the date Respondent first began servicing the loan.

3.      Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

Consented to by:

| | |
|---|---|
| */s/ Ronda J. Winnecour*<br>Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>US Steel Tower-Suite 3250<br>Pittsburgh, PA  15219<br>Phone: 412-471-5566<br>rwinnecour@chapter13trusteewdpa.com | */s/ James C. Warmbrodt, Esquire*<br>James C. Warmbrodt, Esquire<br>Attorney for Respondent<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Phone: 215-627-1322<br>jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: 3/15/18

cm: Ronda Winnecour, Esq.
James Warmbrodt, Esq.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22025-GLT
Dale R Mangold                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Mar 15, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.
db        +Dale R Mangold,    1383 Anderson Road,    Pittsburgh, PA 15209-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      John F. Goryl    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC    pawb@fedphe.com
      Matthew M. Herron    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                           TOTAL: 9