# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Dale R Mangold |
|---|---|
| CASE NO. | 16-22025-GLT |
| RELATED TO DOCUMENT NO. | Notice of Mortgage Payment Change filed 07/09/2018 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Notice of Mortgage Payment Change that was filed on 07/09/2018 was for another Bankruptcy Case (#14-19612 – Kelly Shippen fka Kelly N. James fka Kelly Coleman) and for another District (Eastern District of Pennsylvania).**

If it is your intent to file a Notice of Mortgage Payment Change for this Debtor, Dale R. Mangold, Bankruptcy Case #16-22025-GLT, you must re-file the Notice of Mortgage Payment Change within ten (10) days of the date of this notice. A withdraw of the incorrect Notice of Mortgage Payment Change needs to be filed with the Court within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change or Withdraw of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

|  |  |
|---|---|
| July 10, 2018 | By: Gerri Lynn Brown |
| Date | Deputy Clerk |

106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22025-GLT
Dale R Mangold                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 1           Date Rcvd: Jul 10, 2018
                             Form ID: pdf901         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
        Ta'Tisha Marie Ducre',   Ditech Financial LLC,   PO Box 6154,   Rapid City, SD  57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      John F. Goryl    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
       pawb@fedphe.com
      Matthew M. Herron    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                     TOTAL: 9