## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|                                          |                                      |
|------------------------------------------|--------------------------------------|
| Dale R. Mangold,                         | Bankruptcy No.: 16-22025-GLT         |
|              Debtor.                     |                                      |
|                                          | Chapter 13                           |
| Dale R. Mangold,                         |                                      |
|              Movant,                     | Document No.:                        |
|                                          | Related to Claim No.:                |
|        vs.                               |                                      |
| DiTech Financial, LLC and                |                                      |
| Ronda J. Winnecour, Esq., Trustee,       |                                      |
|              Respondents.                |                                      |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors at QuatriniRafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 22nd day of August 2018

I served a copy of:    **ORDER, NOTICE OF PROPOSED MODIFICATION TO AMENDED PLAN and the AMENDED PLAN DATED AUGUST 20, 2018**

RE:    Dale R. Mangold                         Bankruptcy No. 16-22025-GLT
                                               Chapter 13

ON:    All Creditors on the attached mailing matrix and:

Ronda Winnecour, Trustee                 US Trustee
3250 USX Tower                           970 Liberty Center
600 Grant Street                         1001 Liberty Avenue
Pittsburgh, PA 15219                     Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com           ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*            *Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   August 22, 2018                   /s/ *Heather Seitz*
                                          Heather Seitz, Paralegal
                                          The Debt Doctors at QuatriniRafferty
                                          941 Penn Avenue, Suite 101
                                          Pittsburgh, PA 15222
                                          (412) 395-6001

{W0530041.1 }

16-22025-GLT|DITECH FINANCIAL LLC |14841 Dallas Parkway, Suite 300|Dallas, TX 75254-7883||||
16-22025-GLT|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5860|||
16-22025-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-22025-GLT|BANK OF AMERICA, N.A. |Bank of America|PO BOX 31785|Tampa, FL 33631-3785| ||
16-22025-GLT|Bank of America, N.A. |7105 Corporate Drive|PTX B-209|Plano, TX 75024-4100| ||
16-22025-GLT|Credit One Bank |P.O. Box 98875|Las Vegas, NV 89193-8875| |||
16-22025-GLT|DiTech Financial, LLC |1160 Centre Pointe Drive, Suite 7|Saint Paul, MN 55120-1377| |||
16-22025-GLT|DISCOVER FINANCIAL SERVICES LLC|PO BOX 3025|NEW ALBANY OH 43054-3025||||preferred
16-22025-GLT|Discover Bank |Discover Products Inc|PO Box 3025|New Albany, OH  43054-3025| ||
16-22025-GLT|Ditech Financial LLC fka Green Tree Servicin|P.O. Box 6154|Rapid City, South Dakota 57709-6154| |||
16-22025-GLT|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant Street|Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1908| |
16-22025-GLT|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-22025-GLT|FORTIVA |PO BOX 105555|ATLANTA, GA 30348-5555| |||
16-22025-GLT|Fortiva |105555|Atlanta, GA 30348| |||
16-22025-GLT|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1538| ||
16-22025-GLT|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
16-22025-GLT|LVNV Funding, LLC its successors and assigns|PO Box 10587|Greenville, SC  29603-0587| |||
16-22025-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
16-22025-GLT|Peoples Natural Gas Company LLC |375 North Shore Drive|Pittsburgh, PA 15212-5866| |||
16-22025-GLT|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
16-22025-GLT|Quantum3 Group LLC |as agent for Comenity Bank|PO Box 788|Kirkland, WA 98083-0788| ||
16-22025-GLT|Santander Consumer USA |PO Box 105255|Atlanta, GA 30348-5255| |||
16-22025-GLT|Santander Consumer USA, Inc. |P.O. Box 560284|Dallas, TX 75356-0284| |||
16-22025-GLT|Dale R Mangold |1383 Anderson Road|Pittsburgh, PA 15209-1130||||
16-22025-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||

{W0530041.1 }