**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Dale R. Mangold

        Debtors.

The Debt Doctors, LLC,
        Movant,
vs.

No Respondent.

Bankruptcy No.: 16-22025-GLT
Chapter 13

Document No.:

Response Deadline: May 2, 2019
Hearing Date & Time: June 5, 2019 at 10:00 AM

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the within **Summary Cover Sheet and Notice of Hearing on Professional Fees and Application** upon the following parties, by First Class Mail, Postage Prepaid and Electronic Notification:

**Ronda J. Winnecour, Trustee**
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Via electronic notice*

**U.S. Trustee**
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Via electronic notice*

**Dale R. Mangold**
1383 Anderson Road
Pittsburgh, PA 15209

And a true and correct copy of the within **Summary Cover Sheet** upon the following parties, by First Class mail, Postage Prepaid:

SEE ATTACHED MAILING MATRIX

Date of Service: April 15, 2019

*/s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

```
16-22025-GLT|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5860|||
16-22025-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-22025-GLT|BANK OF AMERICA, N.A. |Bank of America|PO BOX 31785|Tampa, FL 33631-3785| ||
16-22025-GLT|Bank of America, N.A. |7105 Corporate Drive|PTX B-209|Plano, TX 75024-4100| ||
16-22025-GLT|Credit One Bank |P.O. Box 98875|Las Vegas, NV 89193-8875| |||
16-22025-GLT|DiTech Financial, LLC |1160 Centre Pointe Drive, Suite 7|Saint Paul, MN 55120-1377| |||
16-22025-GLT|DISCOVER FINANCIAL SERVICES LLC|PO BOX 3025|NEW ALBANY OH 43054-3025||||preferred
16-22025-GLT|Discover Bank |Discover Products Inc|PO Box 3025|New Albany, OH  43054-3025| ||
16-22025-GLT|Ditech Financial LLC fka Green Tree Servicin|P.O. Box 6154|Rapid City, South Dakota 57709-6154| |||
16-22025-GLT|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant Street|Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1908| |
16-22025-GLT|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-22025-GLT|FORTIVA |PO BOX 105555|ATLANTA, GA 30348-5555| |||
16-22025-GLT|Fortiva |105555|Atlanta, GA 30348| |||
16-22025-GLT|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1538| ||
16-22025-GLT|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
16-22025-GLT|LVNV Funding, LLC its successors and assigns|PO Box 10587|Greenville, SC  29603-0587| |||
16-22025-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
16-22025-GLT|Peoples Natural Gas Company LLC |375 North Shore Drive|Pittsburgh, PA 15212-5866| |||
16-22025-GLT|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
16-22025-GLT|Quantum3 Group LLC |as agent for Comenity Bank|PO Box 788|Kirkland, WA 98083-0788| ||
16-22025-GLT|Santander Consumer USA |PO Box 105255|Atlanta, GA 30348-5255| |||
16-22025-GLT|Santander Consumer USA, Inc. |P.O. Box 560284|Dallas, TX 75356-0284| |||
16-22025-GLT|Dale R Mangold |1383 Anderson Road|Pittsburgh, PA 15209-1130||||
16-22025-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||
```