**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/6/19 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Dale R. Mangold

      Debtors.

The Debt Doctors, LLC,
      Movant,
  vs.

No Respondent.

Bankruptcy No.: 16-22025-GLT
Chapter 13

Document No.: 69

Response Deadline: May 2, 2019
Hearing Date & Time: June 5, 2019 at 10:00 AM

## ORDER OF COURT

AND NOW, this __6th__ day of __May__, 2019, the Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the ***total*** amount of $4,903.16 for services rendered on behalf of the Debtor for the period between February 26, 2016 through April 15, 2019, which represents $4,875.00 in attorneys' fees and $28.16 in costs.

IT IS FURTHER ORDERED, of the $4,903.16 fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee. Accordingly, the Chapter 13 Trustee shall only pay $903.16 ($875.00 in attorney's fees and $28.16 in costs) to Counsel through the Debtor's Plan.

Prepared by: __Matthew Herron, Esq.__

**DEFAULT ENTRY**

Dated: __5/6/19__

   cm: Matthew Herron, Esq.

Gregory L. Taddonio   hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22025-GLT
Dale R Mangold                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: bsil            Page 1 of 1            Date Rcvd: May 06, 2019
                   Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
db              +Dale R Mangold,    1383 Anderson Road,    Pittsburgh, PA 15209-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for ABS REO Trust VI bkgroup@kmllawgroup.com
      John F. Goryl    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC pawb@fedphe.com
      Matthew M. Herron    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                   TOTAL: 11