**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dale R Mangold**
Debtor(s)

Bankruptcy Case No.: 16–22025–GLT
Issued Per 12/5/2019 Proceeding
Chapter: 13
Docket No.: 80 – 76
Concil. Conf.: December 5, 2019 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 31, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Dec. 5, 2019 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 9 of Ditech with payment changes of record .

☑ H.   Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

Claim No. 7–2 of Bank of America following stipulated order of 3/15/2018.

*(2.)   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 5, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22025-GLT
Dale R Mangold                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 2    Date Rcvd: Dec 05, 2019
                          Form ID: 149    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
```
db             +Dale R Mangold,    1383 Anderson Road,    Pittsburgh, PA 15209-1130
aty            +The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232,
                 UNITED STATES 15232-1700
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
15010053       +ABS REO Trust VI,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
14297828        BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa, FL 33631-3785
14238505       +Bank of America, N.A.,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
14269303       +FORTIVA,    PO BOX 105555,    ATLANTA, GA 30348-5555
14250133        Fortiva,    105555,    Atlanta, GA 30348
14238506       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14305522       +Peoples Natural Gas Company LLC,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14250138        Santander Consumer USA,    PO Box 105255,    Atlanta, GA 30348-5255
14249961       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14250129       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 06 2019 03:11:58      Credit One Bank,
                 P.O. Box 98875,    Las Vegas, NV 89193-8875
14250130        E-mail/Text: mrdiscen@discover.com Dec 06 2019 03:07:46      Discover,    P.O. Box 15316,
                 Wilmington, DE 19850
14251912        E-mail/Text: mrdiscen@discover.com Dec 06 2019 03:07:46      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14309989        E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2019 03:07:54
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14310227       +E-mail/Text: kburkley@bernsteinlaw.com Dec 06 2019 03:08:53      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14250132       +E-mail/Text: kburkley@bernsteinlaw.com Dec 06 2019 03:08:53      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1908
14290078        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 03:11:59
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14753990        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 03:12:00
                 LVNV Funding, LLC its successors and assigns as as,     PO Box 10587,
                 Greenville, SC  29603-0587
14250135        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 03:13:13
                 Portfolio Recovery,    120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
14250137        E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 03:08:03      Quantum3 Group LLC,
                 as agent for Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14250136        E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 03:08:03      Quantum3 Group LLC,
                 as agent for MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14241891        E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 03:08:03
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              BANK OF AMERICA, N.A.
cr              Ditech Financial LLC F/K/A Green Tree Servicing LL
cr              Duquesne Light Company
cr              Select Portfolio Servicing as servicer for ABS REO
14250128*      +Bank of America, N.A.,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
14250134*      +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14250131      ##+DiTech Financial, LLC,    1160 Centre Pointe Drive, Suite 7,    Saint Paul, MN 55120-1377
                                                                                 TOTALS: 4, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Dec 05, 2019
                              Form ID: 149            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Select Portfolio Servicing as servicer for ABS REO
               Trust VI bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor   Ditech Financial LLC F/K/A Green Tree Servicing LLC
               pawb@fedphe.com
              John F. Goryl   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Mario J. Hanyon   on behalf of Creditor   Ditech Financial LLC F/K/A Green Tree Servicing LLC
               pawb@fedphe.com
              Matthew M. Herron    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney   The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 12
```