IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 16-22025-GLT |
| Dale R. Mangold ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Dale R. Mangold ) | |
| ) | |
| Respondent(s) ) | |

<u>AMENDED NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a video conference hearing will be held on June 30, 2021 at 10:00 a.m. before Judge Gregory L. Taddonio.  All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing.  All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before June 14, 2021.

<u>5/25/21</u>  /s/ Ronda J. Winnecour
Date  Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-22025-GLT |
| Dale R. Mangold | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Dale R. Mangold | ) | |
| | ) | |
| Respondent(s) | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Amended Notice of Hearing upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Dale R. Mangold
1383 Anderson Road
Pittsburgh, PA  15209

Matthew Herron, Esquire
The Debt Doctors LLC
607 College Street, Suite 101
Pittsburgh, PA  15232


5-25-21                                     /s/ Rosa M. Richard
                                            Office of the Chapter 13 Trustee
                                            U.S. Steel Tower – Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 471-5566