FILED
6/25/21 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Dale R. Mangold<br><br>    Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>vs.<br>Dale R. Mangold<br><br>    Respondent(s) | Case No. 16-22025-GLT<br>Chapter 13<br><br>Doc #91 and 97 |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 24, 2021 (document #91) is hereby WITHDRAWN. The hearing scheduled for June 30, 2021 is cancelled.

                                              Respectfully submitted

6/24/2021                          /s/ Ronda J. Winnecour
                                            Ronda J. Winnecour (PA I.D. #30399)
                                            Attorney and Chapter 13 Trustee
                                            U.S. Steel Tower – Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com

SO ORDERED this 25th day of June 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22025-GLT |
| Dale R Mangold | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale R Mangold, 1383 Anderson Road, Pittsburgh, PA 15209-1130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC pawb@fedphe.com |
| John F. Goryl | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Matthew M. Herron
    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 12