**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/17/21 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.: 16-22025-GLT
  :  Chapter: 13
Dale R Mangold  :
  :
  :  Date: 11/17/2021
       *Debtor(s).*  :  Time: 11:00

## PROCEEDING MEMO

**MATTER:**    Status Conference:
  # 104 Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim Number 9.
    # 107 - Response filed by NewRez, LLC
    # 111 - Reply to Response filed by the Chapter 13 trustee

**APPEARANCES**:

  Trustee:   Owen Katz
  NewRez:   Josh Goldman

**NOTES:** [11:23am]

Court: Has there been any discussions between the parties?

Goldman: I think we can get this resolved and finalized with additional time. I believe 2 weeks would suffice.

Katz: We have no objection to a short continuance.

Court: So I will continue this to December 8 at 9 a.m. The parties shall meet and provide the Court with a status report by December 3.

**OUTCOME:**

1. The *Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim Number 9* [Dkt. No. 104] is CONTINUED to December 8, 2021 at 9 a.m. The parties shall meet and confer and by no later than December 3, 2021. The parties shall provide the Court with either: (a) a consent order resolving this matter, or (b) a status report identifying any issues that remain outstanding. [Text Order to Issue]

**DATED:**  11/17/2021