**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/21 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   DALE R MANGOLD

      Debtor(s)

   Ronda J. Winnecour
         Movant
      vs.
   No Repondents.

Case No.:16-22025

Chapter 13

Related to Dkt. No. 106

ORDER OF COURT

  AND NOW, this  15th  day of  November 2021,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_[signature]_
GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-22025-GLT |
|---|---|
| Dale R Mangold | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale R Mangold, 1383 Anderson Road, Pittsburgh, PA 15209-1130 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 15010053 | + | ABS REO Trust VI, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14297828 | | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14238505 | + | Bank of America, N.A., 7105 Corporate Drive, PTX B-209, Plano, TX 75024-4100 |
| 14250131 | + | DiTech Financial, LLC, 1160 Centre Pointe Drive, Suite 7, Saint Paul, MN 55120-1377 |
| 14309989 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14250133 | | Fortiva, 105555, Atlanta, GA 30348 |
| 14238506 | + | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15183822 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14305522 | + | Peoples Natural Gas Company LLC, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14250138 | | Santander Consumer USA, PO Box 105255, Atlanta, GA 30348-5255 |
| 14249961 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 15 2021 23:29:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14250129 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 23:27:59 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14250130 | | Email/Text: mrdiscen@discover.com | Nov 15 2021 23:29:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 14251912 | | Email/Text: mrdiscen@discover.com | Nov 15 2021 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14250132 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2021 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1908 |
| 14310227 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2021 23:29:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14269303 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 15 2021 23:29:00 | FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 14290078 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:12 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753990 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:27:59 | LVNV Funding, LLC its successors and assigns as |

Case 16-22025-GLT   Doc 123   Filed 11/17/21   Entered 11/18/21 00:29:27   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, PO Box 10587, Greenville, SC 29603-0587 |
| 14250135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:27:59 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 14250136 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2021 23:29:00 | Quantum3 Group LLC, as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14250137 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2021 23:29:00 | Quantum3 Group LLC, as agent for Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14241891 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2021 23:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14250138 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2021 23:29:00 | Santander Consumer USA, PO Box 105255, Atlanta, GA 30348-5255 |
| 14249961 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2021 23:29:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Ditech Financial LLC F/K/A Green Tree Servicing LL |
| cr | | Duquesne Light Company |
| cr | | Select Portfolio Servicing as servicer for ABS REO |
| 14250128 | *+ | Bank of America, N.A., 7105 Corporate Drive, PTX B-209, Plano, TX 75024-4100 |
| 14250134 | *+ | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI djones@sterneisenberg.com bkecf@sterneisenberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 29 |

Jerome B. Blank
    on behalf of Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC pawb@fedphe.com

John F. Goryl
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Mario J. Hanyon
    on behalf of Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 13