IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 16-22025-GLT |
| Dale R. Mangold,<br>    Debtor(s).<br>----------------------------------------- | Chapter 13<br><br>Related to Doc 104, 107, 111, 121, and 124 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s), | Hearing:  12/8/21 at 9:00 AM |
| vs.<br>NewRez LLC D/B/A Shellpoint Mortgage Servicing,<br>    Respondent(s).<br>------------------------------------------- | |

## STATUS REPORT

RONDA J. WINNECOUR, Chapter 13 Trustee, reports as follows:

1.    Per the text order at Doc 124, the Parties were to meet and confer by no later than December 3, 2021, were to provide the Court with either: (a) a consent order resolving this matter filed under certification of counsel, or (b) a status report identifying any issues that remain outstanding. Trustee files this status report to comply with the Court's order.

2.    In so far as the Trustee is aware, there are no outstanding issues. Respondent filed an amended response (at Doc 126) to Trustee's Notice of Final Cure indicating that the creditor agrees that prepetition arrears were cured and the mortgage is current through November 2021. Based on communications, Trustee understood that the Creditor was to prepare a consent order to completely resolve the matter. As of the time that this report is filed, the proposed order has not been provided and Trustee has been unable to confirm that it would be completed by the Court's December 3, 2021, deadline.

3.    Trustee requests that the Court enter the proposed Order attached to her

reply, at Doc 111, in light of the amended response at Doc 126.

    WHEREFORE, the Trustee so reports.

    RONDA J. WINNECOUR,
    CHAPTER 13 TRUSTEE

Date: December 3, 2021

    By: /s/ Owen W. Katz
    Owen W. Katz, PA I.D. 36473
    Attorney for Chapter 13 Trustee
    US Steel Tower, Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 16-22025-GLT |
| Dale R. Mangold,<br>    Debtor(s). | Chapter 13 |
| ---------------------------------------- | Related to Doc 104, 107, 111, 121, and 124 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s), | Hearing: 12/8/21 at 9:00 AM |
| vs.<br>NewRez LLC D/B/A Shellpoint Mortgage Servicing,<br>    Respondent(s).<br>---------------------------------------- | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that, in addition to NEF service on parties having entered their appearance in this case, I served or caused to be served on December 3, 2021, the foregoing document upon each of the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Dale R. Mangold
1383 Anderson Road
Pittsburg, PA  15209

Matthew M. Herron, Esquire
The Debtor Doctors LLC
609 College Street, Suite 101
Pittsburgh, PA  15232

New Residential Mortgage LLC
PO Box 10826
Greenville, SC  29603-0826

RAS Crane LLC
10700 Abott's Bridge Road
Suite 107
Duluth, GA  30097

Julian Cotton
Padgett Law Group

6267 Old Water Oak Road, Suite 203
Tallahassee, FL  32312

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

/s/Renee Ward
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com