**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| **IN RE: DALE R. MANGOLD** )  | **CASE NO.: 16-22025-GLT** |
| **DEBTOR** ) | **CHAPTER 13** |
| ) | |
| **NEWREX LLC DBA SHELLPOINT** ) | |
| **MORTGAGE SERVICING** ) | |
| **CREDITOR** ) | |
| ) | |
| **DALE R. MANGOLD, DEBTOR AND** ) | |
| **RONDA J. WINNECOUR, TRUSTEE** ) | |
| **RESPONDANTS** ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC dba Shellpoint Mortgage Services and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 3rd day of December 2021

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 3rd day of December 2021.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 16-22025-GLT)

*DEBTOR*
DALE R MANGOLD
1383 ANDERSON ROAD
PITTSBURGH, PA 15209

*ATTORNEY FOR DEBTOR*
MATTHEW M. HERRON
THE DEBT DOCTORS, LLC
D/B/A HERRON BUSINESS LAW
607 COLLEGE STREET, SUITE 101
PITTSBURGH, PA 15232
MMH@THEDEBTDOCTORS.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV