**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | | |
|---|---|---|
| **IN RE: DALE R. MANGOLD** | ) | **CASE NO.: 16-22025-GLT** |
| **DEBTOR** | ) | **CHAPTER 13** |
| | ) | |
| **NEWREZ LLC DBA SHELLPOINT** | ) | |
| **MORTGAGE SERVICING** | ) | |
| **CREDITOR** | ) | |
| | ) | |
| **DALE R. MANGOLD, DEBTOR AND** | ) | |
| **RONDA J. WINNECOUR, TRUSTEE** | ) | |
| **RESPONDENTS** | ) | |

---

## STIPULATION

      **COMES NOW** NewRez LLC dba Shellpoint Mortgage Services (hereinafter "Creditor"), through counsel, and hereby stipulate as follows:

      1.     Debtor commenced the above-captioned case by filing a voluntary chapter 13 petition on May 31, 2016.

      2.     Creditor is a secured creditor of Debtor pursuant to a Note and Deed of Trust which grants NewRez LLC dba Shellpoint Mortgage Services a security interest in property located at **1383 Anderson Road, Pittsburgh, PA 15209**.

      3.     The Trustee filed a Reply to Response to Notice of Final Cure on September 29, 2011, and Creditor filed a Response on November 19, 2021 reflecting the due date of December 1, 2021, which resolves the dispute in this matter.

      4.     The hearing scheduled for December 8, 2021 at 9:00 a.m. is hereby cancelled.

      5.     Creditor, and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against Debtor or against the property that serves as collateral for its loan in connection with this Notice of Final Cure Reply and Response.

6.      This Order is without prejudice to any of the Trustee's rights and remedies.

7.      The parties agree that a facsimile or electronic signature shall be considered an

original signature

###

APPROVED FOR ENTRY BY:

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

/s/ Amy L. Buchanan *(w/ permission)*
Amy L. Buchanan
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
Fax : 412-391-2808
Email: mmh@thedebtdoctors.com
*Counsel for Debtor*

/s/ Jim Warmbrodt *(w/ permission) for*
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Approved by the Court this _____ day of _____, 2021. However, the court retains
discretion regarding entry of any further order.

_____
Bankruptcy Judge
Gregory L. Taddonio