FILED
12/3/21 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)

| | |
|---|---|
| IN RE: DALE R. MANGOLD<br>　　　　DEBTOR<br><br>NEWREZ LLC DBA SHELLPOINT<br>MORTGAGE SERVICING<br>　　　　CREDITOR<br><br>DALE R. MANGOLD, DEBTOR AND<br>RONDA J. WINNECOUR, TRUSTEE<br>　　　　RESPONDENTS | CASE NO.: 16-22025-GLT<br>CHAPTER 13<br><br>Related Dkt. No.129 |

## STIPULATION

**COMES NOW** NewRez LLC dba Shellpoint Mortgage Services (hereinafter "Creditor"), through counsel, and hereby stipulate as follows:

1. Debtor commenced the above-captioned case by filing a voluntary chapter 13 petition on May 31, 2016.

2. Creditor is a secured creditor of Debtor pursuant to a Note and Deed of Trust which grants NewRez LLC dba Shellpoint Mortgage Services a security interest in property located at **1383 Anderson Road, Pittsburgh, PA 15209**.

3. The Trustee filed a Reply to Response to Notice of Final Cure on September 29, 2011, and Creditor filed a Response on November 19, 2021 reflecting the due date of December 1, 2021, which resolves the dispute in this matter.

4. The hearing scheduled for December 8, 2021 at 9:00 a.m. is hereby cancelled.

5. Creditor, and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against Debtor or against the property that serves as collateral for its loan in connection with this Notice of Final Cure Reply and Response.

6. This Order is without prejudice to any of the Trustee's rights and remedies.

7. The parties agree that a facsimile or electronic signature shall be considered an original signature

###

APPROVED FOR ENTRY BY:

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

/s/ Amy L. Buchanan *(w/ permission)*
Amy L. Buchanan
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
Fax : 412-391-2808
Email: mmh@thedebtdoctors.com
*Counsel for Debtor*

/s/ Jim Warmbrodt *(w/ permission) for*
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Approved by the Court this  3rd  day of   December  , 2021. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Gregory L. Taddonio

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-22025-GLT
Dale R Mangold Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale R Mangold, 1383 Anderson Road, Pittsburgh, PA 15209-1130 |
| | + | Amy L. Buchanan, Esq., The Debt Doctors, LLC, d/b/a Herron Business Law, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jerome B. Blank | on behalf of Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC pawb@fedphe.com |
| John F. Goryl | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com

Mario J. Hanyon
    on behalf of Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Dale R Mangold mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 14